IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:21CR136 |
| vs. | |
| PRINCE L. SPELLMAN, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Prince L. Spellman (Filing No. 15). Joseph L. Howard has filed an entry of appearance as retained counsel for Prince L. Spellman. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 15) will be granted.

Yvonne D. Sosa shall forthwith provide Joseph L. Howard any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Prince L. Spellman's defense.

The clerk shall provide a copy of this order to Joseph L. Howard.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge