IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCE L. SPELLMAN,<br><br>Defendant. | 8:21CR136<br><br>ORDER |

    Defendant's Motion to Suppress (Filing No. 26) is scheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on February 3, 2022**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    Counsel are reminded of the requirements of NECrimR 12.6 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
>     (a)   **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
>     (b)   **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge. Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

    This being a criminal case, defendant must be present unless otherwise ordered by the court.

    Dated this 22nd day of December, 2021.

                                                                      BY THE COURT:

                                                                       s/ Susan M. Bazis<br>
                                                                       United States Magistrate Judge