FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JUN 23  PM 12: 13

OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:21-cr-136 |
| Plaintiff, | |
| vs. | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |
| PRINCE SPELLAMN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the superseding indictment

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the superseding indictment.

x _____          _6-22- 22_____
Defendant                                              Date

_____          _June 22, 2022_____
Attorney for Defendant                          Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 23 day of June , 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT