IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>PRINCE L. SPELLMAN,<br><br>                Defendant. | 8:21-CR-136<br><br>**ORDER REGARDING FILINGS** |

On October 17, 2022, an individual dropped off a document for "filing" in the above case. The Clerk of the Court has been directed to mail this document to Defendant along with a copy of this order. The Court has not and will not consider the document unless it is properly filed.

The Court does not accept filings from individuals who are not parties to the case unless the individual is authorized to do so under an applicable federal rule of procedure. Unless a federal rule of procedure warrants a nonparty filing, only documents presented by either the Government or Defendant will be filed. *See Glover v. Bostrom*, 31 F.4th 601, 605 (8th Cir. 2022) ("[P]ro se litigants are not excused from failing to comply with substantive and procedural law" (quoting *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984))).

Individuals claiming to be acting on behalf of Defendant, who is currently representing himself pro se, have on more than one occasion attempted to file documents on Defendant's behalf. Defendant is only authorized to file documents himself by mailing them to the Courthouse, or through counsel if he chooses to hire counsel or requests that the public defender be assigned to represent him.

The Court additionally notes that the Court finds no relevance whatsoever of the purported "affidavit" regarding a cell phone.

1

Finally, this Court previously provided Defendant until October 21, 2022, to state whether he intended to represent himself at his sentencing hearing, hire counsel, or wished for the public defender to represent him. The Court has heard nothing from Defendant thus far.

Any documents improperly received by the Court will not be filed or considered. Any individual wishing to file such a document must provide it to a party for filing. Thus, the "affidavit" provided by a Ms. Cooper will not be filed.

Dated this 18th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge